### Harris *v.* The State.

*Simmons, C. J.*—The charge sufficiently covered the issues involved; the evidence warranted the verdict; and the grounds

of the motion for a new trial, whether taken collectively or separately, afford no legal reason for a reversal of the judgment below. 　　　*Judgment affirmed.*

October 21, 1895.

Indictment for assault to murder. Before Judge Hart. Fulton superior court. March term, 1895.

*L. P. Skeen,* for plaintiff in error.
*C. D. Hill, solicitor-general,* contra.